AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NIMCO REAL ESTATE ASS., LLC, ULTIMA )
NASHUA INDUSTRIAL CORP. AND ANOOSH )
IRVAN KIAMANESH )
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 226-2016-CV-00181
GREGORY G. NADEAU, CITY OF NASHUA, )
VARIOUS UNNAMED OFFICALS AND AGENCIES )
AND NHDOT )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        City of Nashua
        229 Main Street
        Nashua, NH 03060

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      *CLERK OF COURT*

Date: _____    _____
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NIMCO REAL ESTATE ASS., LLC, ULTIMA )
NASHUA INDUSTRIAL CORP. AND ANOOSH )
IRVAN KIAMANESH )
)
*Plaintiff(s)* )
v. )  Civil Action No. 226-2016-CV-00181
GREGORY G. NADEAU, CITY OF NASHUA, )
VARIOUS UNNAMED OFFICALS AND AGENCIES )
AND NHDOT )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Gregory G. Nadeau
        Federal Highway Administration
        James C. Cleveland Federal Building
        53 Pleasant Street, Suite 2200
        Concord, NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                          *CLERK OF COURT*

Date: _____   _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NIMCO REAL ESTATE ASS., LLC, ULTIMA NASHUA INDUSTRIAL CORP. AND ANOOSH IRVAN KIAMANESH

*Plaintiff(s)*

v.

GREGORY G. NADEAU, CITY OF NASHUA, VARIOUS UNNAMED OFFICALS AND AGENCIES AND NHDOT

*Defendant(s)*

Civil Action No. 226-2016-CV-00181

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

New Hampshire Department of Transportation
7 Hazen Drive
Concord, NH 03302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                *Signature of Clerk or Deputy Clerk*