UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

C.A. No.

---

| | |
|---|---|
| NIMCO REAL ESTATE ASSOCIATES, LLC,<br>ULTIMA NASHUA EQUIPMENT CORPORATION,<br>and ANOOSH IRVAN KIAMANESH,<br>                          Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION<br>CITY OF NASHUA, and VARIOUS UNAMED<br>OFFICIALS of the AFORESAID<br>AGENCIES and of the NEW HAMPSHIRE<br>DEPARTMENT OF TRANSPORTATION,<br>                          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

**AFFIDAVIT OF MARK S. BOURBEAU**

Now comes Mark S. Bourbeau, Esq., of the bars of the Commonwealth of Massachusetts and the US District Court for the District of Massachusetts, and makes this Affidavit pursuant to L.R. 83.2(b) 1, in support of the motion to admit him Pro Hac Vice as co-counsel in the above entitled case:

A) My office address, phone number, and other contact information is as follows:

> Mark S. Bourbeau
> Of Counsel
> DROHAN TOCCHIO & MORGAN, P.C.
> 175 Derby Street, Suite 30
> Hingham, MA 02043
> Ph:  781-749-7200
> Fax: 781-741-8865
> Email: mbourbeau@dtm-law.com

(B) I have been admitted to practice to the following courts with the date(s) of my admission:

    1. Massachusetts December 1983 BBO#050715

    2. USDC Mass.  Jan. 1984 & July 19, 2016
    (deletion without cause upon court internet conversion required new admission)

    3. USCA 1st Circuit 1984

    4. US Supreme Ct. May 1990

(C) I am in good standing and eligible to practice in all the above courts;

(D) I am not currently suspended or disbarred in any jurisdiction;

(E) I have had no previously imposed or pending discipline, and no prior felony or misdemeanor criminal convictions; and

(F) I have never had any prior denials or revocations of pro hac vice status in any court.

Subscribed and sworn under the pains and penalties of perjury this 20th day of July 2016.

_____
Mark S. Bourbeau