AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| NIMCO REAL ESTATE ASS., LLC, ULTIMA NASHUA INDUSTRIAL CORP. AND ANOOSH IRVAN KIAMANESH<br><br>*Plaintiff(s)*<br>v.<br>GREGORY G. NADEAU, CITY OF NASHUA, VARIOUS UNNAMED OFFICALS AND AGENCIES AND NHDOT<br><br>*Defendant(s)* | Civil Action No.   1:16-cv-406-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    City of Nashua
    229 Main Street
    Nashua, NH 03060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    William E. Aivalikles
    Aivalikles Law Office
    60 Main St, Ste 230
    Nashua, NH 03063

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 14, 2016

**with ECF Notice attached.**

FCPKGN'L0N[ PEJ , Clerk

By: /s/ Lianne Lavigne, Deputy Clerk

**Sep 14, 2016**

Civil Action No. 1:16-cv-406-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NIMCO REAL ESTATE ASS., LLC, ULTIMA
NASHUA INDUSTRIAL CORP. AND ANOOSH
IRVAN KIAMANESH

*Plaintiff(s)*

v.

GREGORY G. NADEAU, CITY OF NASHUA,
VARIOUS UNNAMED OFFICALS AND AGENCIES
AND NHDOT

*Defendant(s)*

Civil Action No.   1:16-cv-406-JD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gregory G. Nadeau
Federal Highway Administration
James C. Cleveland Federal Building
53 Pleasant Street, Suite 2200
Concord, NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Aivalikles
Aivalikles Law Office
60 Main St, Ste 230
Nashua, NH 03063

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 14, 2016

**with ECF Notice attached.**

FCPIGN'I0N[ PEJ , Clerk

By: /s/ Lianne Lavigne, Deputy Clerk

Sep 14, 2016

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-406-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| NIMCO REAL ESTATE ASS., LLC, ULTIMA NASHUA INDUSTRIAL CORP. AND ANOOSH IRVAN KIAMANESH<br><br>*Plaintiff(s)*<br>v.<br>GREGORY G. NADEAU, CITY OF NASHUA, VARIOUS UNNAMED OFFICALS AND AGENCIES AND NHDOT<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-406-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

New Hampshire Department of Transportation
7 Hazen Drive
Concord, NH 03302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Aivalikles
Aivalikles Law Office
60 Main St, Ste 230
Nashua, NH 03063

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 14, 2016

**with ECF Notice attached.**

FCPKGN'L0N[ PEJ , Clerk

By: /s/ Lianne Lavigne, Deputy Clerk

Sep 14, 2016

Civil Action No. 1:16-cv-406-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: