UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

C.A. No. 1:16-cv-00406-JD

|  |  |
|---|---|
| NIMCO REAL ESTATE ASSOCIATES, LLC, <br> ULTIMA NASHUA EQUIPMENT CORPORATION, <br> and ANOOSH IRVAN KIAMANESH, <br> Plaintiffs, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION <br> CITY OF NASHUA, and VARIOUS UNAMED <br> OFFICIALS of the AFORESAID <br> AGENCIES and of the NEW HAMPSHIRE <br> DEPARTMENT OF TRANSPORTATION, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ATTORNEY WILLIAM AIVALIKLES' MOTION TO WITHDRAW**

NOW COMES Attorney William Aivalikles and request permission to withdraw and assigns the following grounds:

1. That on or about September 14, 2016, undersigned counsel filed a complaint on behalf of the Plaintiffs.

2. That due to a breakdown of the attorney client relationship Attorney Aivalikles is unable to represent the Plaintiffs.

3. None of the Defendants have filed an answer to date.

4. The Plaintiffs do not object undersigned counsel's request to withdraw.

5. A memorandum of law is not necessary in order for the Court to rule on the motion.

October 11, 2016                               /s/ William Aivalikles, Esq.
                                                                  William E. Aivalikles, Bar No. 308
                                                                  60 Main Street, Suite 230
                                                                  Nashua, NH 03060
                                                                  (603) 880-0303

I certify a copy of this motion has been emailed to the Plaintiffs this date.

                                                                  /s/ William Aivalikles, Esq.