UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NIMCO Real Estate Assoc., LLC,** ) <br> **Ultima Nashua Indust. Corp., & Anoosh** ) <br> **Irvan Kiamanesh**, ) <br> ) <br> Plaintiffs ) <br> v. ) <br> ) <br> **Gregory G. Nadeau,** as Administrator of the ) <br> Federal Highway Administration, ) <br> **City of Nashua**, and Various Unnamed ) <br> Officials of the Aforesaid Agencies and ) <br> **New Hampshire Department of Transportation,** ) <br> ) <br> Defendants ) | Civil No. 1:16-cv-406-JD |

## APPEARANCE

Please enter my appearance as counsel for the Defendant, New Hampshire Department of Transportation, in the above-captioned case.

            Respectfully submitted,

            NEW HAMPSHIRE DEPARTMENT OF
            TRANSPORTATION

            By its attorney,

            JOSEPH A. FOSTER
            ATTORNEY GENERAL

Date:  November 1, 2016      /s/  Matthew T. Broadhead
            Matthew T. Broadhead, NH Bar No. 19808
            Assistant Attorney General
            New Hampshire Attorney General's Office
            33 Capitol Street
            Concord, New Hampshire 03301-6397
            Telephone:  (603) 271-3675
            Email:  matthew.broadhead@doj.nh.gov

## Certificate of Service

       I certify that, on the above date, a copy of the foregoing will be sent electronically to counsel of record for all parties who are registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

November 1, 2016                        /s/ Matthew T. Broadhead
                                                Matthew T. Broadhead

1536291.doc