IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NIMCO REAL ESTATE ASS., LLC, ULTIMA NASHUA INDUSTRIAL CORP., AND ANOOSH IRVAN KIAMANESH,** )<br>)<br>)<br>)<br>)<br>   **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**GREGORY G. NADEAU, CITY OF NASHUA, VARIOUS UNNAMED OFFICIALS AND AGENCIES AND NHDOT** )<br>)<br>)<br>)<br>)<br>   **Defendants.** ) | Civil Action No. 1:16-cv-406-JD |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and appear in this case as counsel the City of Nashua.

                                        Respectfully submitted,

                                        THE CITY OF NASHUA

                                        By its Attorneys,
                                        Office of Corporation Counsel

Dated: November 1, 2016

                                        /s/ Steven A. Bolton_____
                                        Steven A. Bolton, NH Bar #67
                                        Corporation Counsel
                                        229 Main Street - P. O. Box 2019
                                        Nashua, New Hampshire 03061-2019
                                        (603) 589-3250
                                        boltons@nashuanh.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2016, a copy of the Appearance of the City of Nashua has been served on counsel of record pursuant to the Court's electronic filing system.

/s/ Steven A. Bolton