UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **NIMCO Real Estate Assoc., LLC,** | ) | |
| **Ultima Nashua Indust. Corp., & Anoosh** | ) | |
| **Irvan Kiamanesh**, | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | Civil No. 1:16-cv-406-JD |
| | ) | |
| **Gregory G. Nadeau,** as Administrator of the | ) | |
| Federal Highway Administration, | ) | |
| **City of Nashua**, and Various Unnamed | ) | |
| Officials of the Aforesaid Agencies and | ) | |
| **New Hampshire Department of Transportation,** | ) | |
| | ) | |
| Defendants | ) | |

## APPEARANCE

Please enter my appearance as counsel for the Defendant, New Hampshire Department of Transportation, in the above-captioned case.

Respectfully submitted,

NEW HAMPSHIRE DEPARTMENT OF
TRANSPORTATION

By its attorney,

JOSEPH A. FOSTER
ATTORNEY GENERAL

Date:  November 2, 2016          /s/  Stephen G. LaBonte
Stephen G. LaBonte, NH Bar No. 16178
Assistant Attorney General
New Hampshire Attorney General's Office
33 Capitol Street
Concord, New Hampshire 03301-6397
Telephone:  (603) 271-3675
Email:  stephen.labonte@doj.nh.gov

## Certificate of Service

       I certify that, on the above date, a copy of the foregoing will be sent electronically to counsel of record for all parties who are registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


November 2, 2016                                /s/  Stephen G. LaBonte
                                                               Stephen G. LaBonte

1536291.doc