**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **NIMCO REAL ESTATE ASS., LLC,** | ) | **Civil Action No. 1:16-cv-406-JD** |
| **ULTIMA NASHUA INDUSTRIAL** | ) | |
| **CORP., AND ANOOSH IRVAN** | ) | |
| **KIAMANESH,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GREGORY G. NADEAU, CITY OF** | ) | |
| **NASHUA, VARIOUS UNNAMED** | ) | |
| **OFFICIALS AND AGENCIES** | ) | |
| **AND NHDOT** | ) | |
| | ) | |
| **Defendants.** | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and appear in this case as counsel the City of Nashua.

Respectfully submitted,

THE CITY OF NASHUA

By its Attorneys,
Office of Corporation Counsel

Dated: November 1, 2016          /s/ Celia K. Leonard_____
Celia K. Leonard, Esquire (NH Bar #14574)
Assistant Corporation Counsel
229 Main Street - P. O. Box 2019
Nashua, New Hampshire 03061-2019
(603) 589-3250
LeonardC@nashuanh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, a copy of the  Appearance of the City of Nashua has been served on counsel of record pursuant to the Court's electronic filing system.


/s/ Celia K. Leonard