IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NIMCO REAL ESTATE ASS., LLC,** ) <br> **ULTIMA NASHUA INDUSTRIAL** ) <br> **CORP., AND ANOOSH IRVAN** ) <br> **KIAMANESH,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **GREGORY G. NADEAU, CITY OF** ) <br> **NASHUA, VARIOUS UNNAMED** ) <br> **OFFICIALS AND AGENCIES** ) <br> **AND NHDOT** ) <br> ) <br> **Defendants.** ) | Civil Action No. 1:16-cv-406-JD |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Celia K. Leonard, attorney for the City of Nashua has changed the folloeing information contained in the original ECF Registion Form:


Dated: November 3, 2016                    /s/ Celia K. Leonard_____
                                                                Celia K. Leonard
                                                                NH Bar #14574
                                                                Office of Corporation Counsel
                                                                229 Main Street - P. O. Box 2019
                                                                Nashua, New Hampshire 03061-2019
                                                                (603) 589-3250
                                                                leonardc@nashuanh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2016, a copy of the Notice of Change of Address of the City of Nashua has been served on counsel of record pursuant to the Court's electronic filing system.

/s/ Celia K. Leonard