USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Nimco Real Estate Associates, LLC, et al )<br>*Plaintiff* )<br>v. )<br>City of Nashua, NH, et al )<br>*Defendant* ) | Case No.   1:16-cv-00406-JD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The plaintiffs: Nimco Real Estate Associates, LLC, Ultima Nashua Equip. Corp, and Anoosh Kiamanesh .

Date: 11/09/2016

*Attorney's signature*

Jared Bedrick
*Printed name and bar number*

21 S. Main Street
Rochester, NH 03867

*Address*

jbedrick@brownlawnh.com
*E-mail address*

(603) 332-3535
*Telephone number*

(603) 330-3476
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Matthew T. Broadhead; Stephen G. LaBonte; Steven A. Bolton; Celia K. Leonard; Mark S. Bourbeau

Conventionally Served:

| 11/09/2016 | _[signature]_ |
|---|---|
| Date | Signature |