UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff(s)/United States

       v.                                Case No. _____

_____
Defendant(s)

**NOTICE OF CHANGE OF ADDRESS**

       Please take notice that _____
has changed the following information contained in the original ECF Registration Form:

Date:_____          /s/_____
                                                 _____
                                                 _____
                                                 _____
                                                 _____
                                                 _____
                                                 _____

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Date:_____       /s/_____
                                                                _____
                                                                 _____
                                                                 _____
                                                                  _____
                                                                 _____
                                                                 _____
                                                                 _____